```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
──────────────────────────────────────────

**ALISHAEV BROTHERS, INC.,**

                **Plaintiff,**        17-cv-7505 (JGK)

    - against -                  ORDER

**LA GIRL JEWELRY INC. et al.,**
.
                **Defendants.**
──────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendants should respond to the plaintiff's April 18, 2020 letter by April 27, 2020 including a response to the plaintiff's request in the alternative to amend the pleadings to include a claim for the fraudulent transfer of the deed of trust from Zendedel to Shamekh.

**SO ORDERED.**

**Dated:**    New York, New York
           April 20, 2020       /s/ John G. Koeltl
                                         John G. Koeltl
                               United States District Judge