```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

**ALISHAEV BROTHERS, INC.,**

                **Plaintiff,**        17-cv-7505 (JGK)

      - against -               <u>ORDER OF JUDGMENT</u>

**LA GIRL JEWELRY, INC. et al.,**

                **Defendant.**

───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Clerk is directed to enter judgment as follows:

Judgment is hereby entered in favor of the plaintiff Alishaev Brothers Inc., having an address at 20 West 47th Street, New York, NY 10036, as against defendants (i) LA Girls Jewelry Inc., having an address at c/o Bahram Zendedel, 1712 Livonia Avenue, Los Angeles, CA 90035, (ii) Ner Precious Metals, Inc., having an address at 640 S. Hill Street, Los Angeles, CA 90014, (iii) Pedram Shamekh, having an address at 133 N. Willaman Drive, Beverly Hills, CA 90211 ("Shamekh"), and (iv) Bahram Zendedel a/k/a Robert Zendedel and Bahram Robert Zendedel ("Zendedel"), having an address at 1712 Livonia Avenue, Los Angeles, CA 90035, jointly and severally, as follows:

A. Awarding damages (1) in the principal sum of $451,714.74 on plaintiff's claim for breach of contract, fraud, and conversion, plus (2) the additional sum of $51,150.00 on plaintiff's claim for breach of contract, plus (3) $105,580.58

1

in pre-judgment interest at the rate of 9% per annum on the principal sum of $451,714.74 from September 5, 2017 through April 10, 2020, plus (4) $3,182.53 in pre-judgment interest on the additional sum awarded on the breach of contract claim of $51,150.00 from August 1, 2019 through April 10, 2020 for a total of $611,627.85;

B. Awarding plaintiff $111.38 per day in pre-judgment interest at the rate of 9% per annum on the principal sum of $451,714.74, from April 11, 2020 to the date of entry of judgment, to be calculated by the Clerk, and $12.61 per day in pre-judgment interest at the rate of 9% per annum on the additional sum awarded on the breach of contract claim of $51,150.00 from April 11, 2020 to the date of entry of judgment, to be calculated by the Clerk;

C. Post-judgment interest shall accrue pursuant to the federal statutory rate provided by 28 U.S.C. § 1961;

D. The Short Form Deed of Trust and Assignment of Rents, dated September 26, 2017, executed by defendant Zendedel and issued to defendant Shamekh shall be deemed canceled and declared null and void, ab initio, pursuant to Section 276 of the New York Debtor and Creditor Law;

E. This Judgment shall constitute a final judgment as to all claims in this action, and plaintiff shall have the right to

immediate execution thereon. The plaintiff may seek costs and attorney's fees in accordance with the procedures specified in Federal Rule of Civil of Procedure 54(d);

F. Any claims not specifically addressed in this Judgment are dismissed with prejudice.

**SO ORDERED.**

**Dated:   New York, New York
          May 4, 2020**                    \_\_\_\_\_/s/ John G. Koeltl\_\_\_\_\_
                                           **John G. Koeltl
                                           United States District Judge**